In the Matter of AUSTREAL CORP., Appellant, against JOSEPH D. D. McGOLDRICK, as State Rent Administrator, Respondent.

Argued June 3, 1953; decided July 14, 1953.

*S. Ezra Austern* for appellant.

*Emory Gardiner* and *Robert H. Schaffer* for respondent.

Order affirmed, with costs; no opinion.

Concur: Lewis, Ch. J., Conway, Desmond, Dye, Fuld and Froessel, JJ. Taking no part: Van Voorhis, J.